**Stella B. Shepley, appellant, v. County of Woodford, appellee. Gen. No. 7,379.**

Assumpsit against county to recover for services as probation officer. Judgment for defendant. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 11, 1924.

Frank J. Quinn and Charles V. O'Hern, for appellant; Edward T. O'Connor, of counsel. E. J. Henderson, State's Attorney, Kennedy & Kennedy and Barnes, Magoon, Black & Horton, for appellee; Thomas Kennedy, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.